ACCEPTED
01-14-00017-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/22/2015 5:12:08 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00017-CV

**In the Court of Appeals
for the First Judicial District of Texas
at Houston**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/22/2015 5:12:08 PM
CHRISTOPHER A. PRINE
Clerk

**Mark E. Biedryck,
Appellant**

**v.**

**US Bank National Association, as Trustee for Credit Suisse, First Boston Mortgage Securities Corp., Home Equity Pass-Through Certificates, Series 2005-6,
Appellee**

**Appeal from the 129th Judicial District
Harris County, Texas
Hon. Michael Gomez**

**APPELLANT'S MOTION TO EXTEND TIME
TO FILE MOTION FOR REHEARING**

**TO THE HONORABLE COURT OF APPEALS:**

Appellant Mark E. Biedryck seeks an extension of time to file a Motion For Rehearing.

1.  In compliance with Rule10.5(b)(1):

    (A)  The current deadline set for filing a Motion For Rehearing

is May 27, 2015;

(B) The extension sought is 30 days;

(C) Appellant's counsel is a solo practitioner whose caseload, which consists primarily of representing reduced-fee and *pro bono* clients in foreclosure and facing eviction, prevents him from being able to file the Motion by the current deadline.

(D) There have been no prior extensions granted with respect to the item in question.

### PRAYER

WHEREFORE, the Appellant prays that the deadline for filing a Motion For Reconsideration be extended at least 30 days and that he be granted such other and further relief to which he may be entitled to at law or in equity.

Respectfully submitted,

/s/   Ira D. Joffe
Ira D. Joffe
State Bar No. 10669900
Attorney for Appellant
6750 West Loop South
Suite 920
Bellaire, TX 77401

(713) 661-9898
(888) 335-1060 Fax
ira.joffe@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by fax and/or email to Appellee's counsel on or before May 22, 2015.

**(713) 223-3717; kkrolikowski@lockelord.com**

Mr. Kurt Krolikowski, Esq.
Locke Lord, LLP
Counsel for Appellee
600 Travis, Suite 2800
Houston, TX 77002

/s/  Ira Joffe